UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA for the use of CONSTRUCTION ASSOCIATES, INC., pursuant to 40 U.S.C. 3133 et ano

Plaintiff,

-v-

THYSSENKRUPP ELEVATOR CORPORATION, and FEDERAL INSURANCE COMPANY

Defendant.

**JUDGE KARAS**

Case No. _____

Rule 7.1 Statement

**08 CIV. 6311**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

CONSTRUCTION ASSOCIATES, INC.        (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: July 11, 2008

Signature of Attorney

Attorney Bar Code: 1156

Form Rule7_1.pdf   SDNY Web 10/2007